UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS CIMALORE,
ANTHONY FALCONE, SCOTT
FERRIGNO, DARRELL KOZA,
and RAYMOND MORRONE,
    Plaintiffs,

v.                               C.A. No. 15-313L

TOWN OF WESTERLY; AMY
GRYZBOWSKI, Interim Town Manager
and Director of Public Safety;
MICHELLE BUCK; DEB BRIDGHAM,
Interim Finance Director;
EDWARD ST. CLAIR, Chief of Police;
and WESTERLY LOCAL #503 of the
INTERNATIONAL BROTHERHOOD OF
POLICE OFFICERS,
    Defendants.

O R D E R

Magistrate Judge Lincoln D. Almond issued a Report and Recommendation (the "R & R") in this matter on February 9, 2016. The R & R recommended the denial of the motion to dismiss filed by the Town of Westerly Defendants (Doc. #27), as well as the denial of the motion to dismiss filed by the Union (Doc. #28). There has been no objection filed by Defendants to the R & R. Consequently, that portion of the R & R which recommends the denial of Defendants' motions to dismiss is hereby accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B). Defendants' Motions to Dismiss (Docs. ##27, 28) are denied.

Magistrate Judge Almond also recommended the denial of Plaintiffs' Motion for a Preliminary Injunction (Doc. #26). Plaintiffs have filed a timely objection to this portion of the R & R, which the Court will address in a separate order.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
March 3, 2016